**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

**SALEEBAN MAXAMETH CALI,**

     **Plaintiff,**

**v.**                                   **Case No. 1:26-cv-86-AW-HTC**

**WARDEN SECURITY, et al.,**

     **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having considered the magistrate judge's report and recommendation (ECF No. 3), I now adopt the report and recommendation and incorporate it into this order. (I reviewed ECF Document No. 4, which was docketed as an objection to the report and recommendation. That document is difficult to comprehend, but I have treated it as an objection and considered the entire matter de novo.)

Plaintiff's claims are frivolous. Regardless, Plaintiff has not paid the filing fee, and has not filed any motion for leave to proceed *in forma pauperis*. He could not obtain such leave because he is a three-striker who has not alleged he faces imminent danger of physical injury.

The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice." The clerk will close the file.

1

SO ORDERED on May 18, 2026.

s/ *Allen Winsor*
Chief United States District Judge